# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERTO BENITEZ FLORES,<br>    Plaintiff,<br><br>    v.<br><br>LOFFT CONTRACTORS, INC. and<br>ALEJANDRO SANGUINETTI,<br>    Defendants. | Civil Action No. 19-1714 (CKK) |

## ORDER
(November 15, 2019)

The Court has received the parties' [12] Joint Stipulation of Dismissal with Prejudice, in which the parties stipulate to dismissal "with prejudice all claims against Defendants" pursuant to Federal Rule of Civil Procedure 41(a). Accordingly, it is hereby **ORDERED** that the Initial Scheduling Conference set for November 22, 2019 is **VACATED** and that this case is **DISMISSED** with prejudice.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　United States District Judge